IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
                    Plaintiff, )
                              )
    vs. )    Case No. 12-40013-01-RDR
                              )
JESUS SOTELO-LOPEZ, )
                    Defendant. )
_____)

## O R D E R

**NOW** on this 21st day of February, 2012, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of two (2) weeks within which to file motions. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a delay, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the accused shall have additional time up to and including March 1, 2012 to file motions in the above-entitled action, and the government shall have until March 12, 2012 to file responses. The hearing on said motions shall be held on March 23, 2012 at 10:30 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

                                                s/Richard D. Rogers
                                                United States District Judge